**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **TIFFANY RENEE HURST** | ) | **Chapter 7** |
| | ) | **Case No. 23-51149** |
| **Debtor.** | ) | |
| **TIFFANY RENEE HURST** | ) | |
| **Plaintiff,** | ) | **AP No. 24-5032** |
| **vs.** | ) | |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | ) | |
| **Defendant.** | ) | |

## AGREED FINAL JUDGMENT DETERMINING STUDENT LOAN DEBT DISCHARGEABLE

This matter having come before the Court upon the parties' Stipulation for Entry of an Agreed Final Judgment on Adversary Complaint, and having considered said Stipulation and being otherwise sufficiently advised, it is

**ORDERED AND ADJUDGED** that:

1. The Stipulation entered into between Plaintiff Tiffany Renee Hurst ("Plaintiff"), and Defendant U.S. Department of Education is hereby approved.

2. Plaintiff's student loan obligations specific to Student Loans #5-8[1] to the U.S. Department of Education, set forth in the attached Certificate of Indebtedness (COI), totaling approximately $20,854.22, including unpaid principal of $19,000.00 and unpaid accrued interest of $1,854.22, are deemed dischargeable and are DISCHARGED.
3. Each party agrees to bear their own fees and costs of this litigation.
4. This adversary proceeding shall be closed as all issues are settled or rendered moot.
5. Jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment.

---

[1] Student Loans #3-4, totaling $10,452.19, including unpaid principal of $9,854.07 and unpaid accrued interest of $598.12 as of March 2, 2026, do not qualify for discharge, are hereby not discharged, and remain unpaid with interest accruing.

**SUBMITTED BY**:

*/s/ J.D. Kermode w/permission)*
J.D. Kermode
jdk@ask-law.com
Atkinson, Simms & Kermode, PLLC
1608 Harrodsburg Rd.
Lexington, KY 40504
*Counsel for Plaintiff*

JASON D. PARMAN
FIRST ASSISTANT U.S. ATTORNEY
/s/ Callie R. Owen
Callie R. Owen
Callie.R.Owen@usdoj.gov
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671
*Counsel for United States of America,*
*Department of Education*

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Douglas L Lutz***
**Bankruptcy Judge**
**Dated: Thursday, March 26, 2026**
**(dll)**